**Electronically Filed
Supreme Court
SCPW-26-0000172
03-AUG-2026
12:56 PM
Dkt. 15 ODDP**

SCPW-26-0000172

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

IN RE STYRAN EDDIE RIVERA

_____

ORIGINAL PROCEEDING
(CASE NO. 1PC001000029)

ORDER DENYING PETITIONS WITHOUT PREJUDICE
(By: Devens, C.J., McKenna, Eddins, and Ginoza, JJ.,
and Circuit Judge Kubota, assigned by reason of vacancy)

Upon consideration of Petitioner's "second motion for response" filed March 10, 2026, which we construe as a petition for extraordinary writ, and the record, the "motion Rule 40 post conviction entered November 5, 2025" is not before this court. The "November 5, 2025" motion was filed in the circuit court in 1PC001000029 on December 1, 2025.  Petitioner's request for relief should be sought in the circuit court rather than this court.  This petition is denied without prejudice to filing in the circuit court.  See Womble Bond Dickinson (US) LLP v. Kim (Womble), 153 Hawaiʻi 307, 319, 537 P.3d 1154, 1166 (2023).

Another document from Petitioner was filed on June 17, 2026, and states it is a "petition for a writ of declaratory

judgment 'without relief.'"  Upon consideration of this document and the record, we construe this document as a petition for extraordinary writ and deny the petition without prejudice to filing in the circuit court.  See <u>Womble</u>, 153 Hawaiʻi at 319, 537 P.3d at 1166; <u>see also</u> Hawaiʻi Rules of Penal Procedure Rule 40 (eff. 2006).

The appellate clerk is ordered to transmit a copy of this order to the Circuit Court of the First Circuit Criminal Administrative Judge.

DATED:  Honolulu, Hawaiʻi, August 3, 2026.

/s/ Vladimir P. Devens

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Peter K. Kubota

